**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-61800-CIV-SCOLA/SNOW**

| | |
|---|---|
| **GABRIELA URIAS**, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| **KOHL'S CORPORATION**, | |
| Defendant. | |

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Gabriela Urias and Defendant Kohls Department Stores, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows:  All claims of the Plaintiff, individually, are hereby dismissed with prejudice, and the parties shall each bear their own respective attorneys' fees and costs.

Date: April 9, 2019

Respectfully submitted,

| | |
|---|---|
| _/s/ Ignacio J. Hiraldo_ | _/s/ Lauri A. Mazzuchetti_ |
| **IJH Law** | Lauri A. Mazzuchetti (pro hac vice) |
| Ignacio J. Hiraldo, Esq. | Kelley Drye & Warren LLP |
| Florida Bar No. 0056031 | One Jefferson Road, 2nd Floor |
| 1200 Brickell Ave | Parsippany, NJ 07054 |
| Suite 1950 | lmazzuchetti@kelleydrye.com |
| Miami, FL 33131 | Tel: (973) 503-5900 |
| Email: ijhiraldo@ijhlaw.com | Fax: (973) 503-5950 |
| Telephone: 786.469.4496 | |
| | James B. Saylor (pro hac vice) |

**Hiraldo P.A.**
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

**EISENBAND LAW, P.A.**
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
Michael Eisenband
Florida Bar No. 94235
MEisenband@Eisenbandlaw.com
Telephone: 954.533.4092

*Counsel for Plaintiff and the Class*

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
jsaylor@kelleydrye.com
Tel: (212) 808-7800
Fax: (212) 808-7897

Matthew C. Luzadder (FBN: 0011286)
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
mluzadder@kelleydrye.com
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 9, 2019, I electronically filed the foregoing

document with the Clerk of Court using the CM/ECF system, which will send a notification of

electronic filing (NEF) to all counsel of record.


*/s/ Ignacio J. Hiraldo*

**IJH Law**
Ignacio J. Hiraldo, Esq.
Florida Bar No. 0056031
1200 Brickell Ave
Suite 1950
Miami, FL 33131
Email: ijhiraldo@ijhlaw.com
Telephone: 786.469.4496