United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Gabriela Urias, Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-61800-Civ-Scola |
| | ) | |
| Kohl's Corporation, Defendant | ) | |

## Order of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Stip. For Dismissal With Prejudice, ECF No. 49.) All pending motions are **denied** as moot. The Court directs the Clerk to **close** this case.

**Done and ordered** at Miami, Florida, on April 9, 2019.

_____
Robert N. Scola, Jr.
United States District Judge